**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse Annex
901 19th Street, A1041
Denver, Colorado 80294
(303) 335-2350

**ROBERT E. BLACKBURN**
United States District Judge

# MEMORANDUM

**TO:**        Jeffrey P. Colwell, Clerk

**FROM:**    Judge Robert E. Blackburn

**DATE:**     January 26, 2024

**RE:**         Criminal Action No.  23-cr-00453
              USA v. Cordova

    Exercising my prerogative as a Senior Judge, I request that this criminal action
be reassigned.