IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00453-NYW-MEH

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

CHRISTOPHER CORDOVA,

    Defendant-Appellant.

**JOINT DESIGNATION OF RECORD AND PROPOSED BRIEFING SCHEDULE**

The United States of America and Christopher J. Cordova jointly respond to this Court's order to confer regarding the appellate record and briefing schedule. [Doc. 42.]

The parties designate all the documents on this Court's docket for inclusion in the appellate record, as well as the transcripts from March 16, 2023, and September 27, 2023. Mr. Cordova will attach those transcripts to his opening brief when it is filed.

The parties also designate the following admitted exhibits for inclusion in the record on appeal:

- Government's Exhibit 1 (Trial)
- Government's Exhibit 3 (Trial)
- Government's Exhibit 4 (Trial)
- Government's Exhibit 8 (Trial)
- Government's Exhibit 9 (Trial)
- Government's Exhibit 12 (Trial)

1

- Government's Exhibit 14 (Trial)
- Government's Exhibit 1 (Sentencing)
- Government's Exhibit 2 (Sentencing)
- Government's Exhibit 3 (Sentencing)

The government will conventionally submit these exhibits to the Court on a flash drive by February 12, 2024.

Lastly, the parties propose the following briefing schedule:

- Appellant's opening brief due: Monday, March 25, 2024.
- Appellee's answer brief due: Wednesday, April 24, 2024.
- Appellant's optional reply brief due: Wednesday, May 15, 2024.

Respectfully submitted this 12th day of February, 2024.

COLE FINEGAN
United States Attorney

*s/ Elizabeth Ford Milani*
ELIZABETH FORD MILANI
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
E-mail: Elizabeth.Ford.Milani@usdoj.gov
Counsel for Plaintiff-Appellee
United States of America

*s/ Edward Milo Schwab*
EDWARD MILO SCHWAB
Ascend Counsel, LLC
2401 South Downing Street
Denver, CO 80210
Telephone: (303) 888-4407
Fax: (303) 292-1956
E-mail: milo@ascendcounsel.co
Counsel for Defendant-Appellant
Christopher J. Cordova

## CERTIFICATE OF SERVICE

I certify that on this 12th day of February, 2024, I electronically filed the foregoing **JOINT DESIGNATION OF RECORD AND PROPOSED BRIEFING SCHEDULE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Kayla Keiter*
Appellate Secretary
United States Attorney's Office